928

No. 1346. Lanrao, Inc. *v.* United States. C. A. 6th Cir. Certiorari denied.

No. 1375. Texas Eastern Transmission Corp. *v.* Federal Power Commission et al. C. A. 5th Cir. Certiorari denied.

No. 1396. Glazerman *v.* United States. C. A. 10th Cir. Certiorari denied.

No. 1397. 677.50 Acres of Land in Marion County, Kansas, et al. *v.* United States. C. A. 10th Cir. Certiorari denied.

No. 1398. Aloe Creme Laboratories, Inc. *v.* Milsan, Inc., et al. C. A. 5th Cir. Certiorari denied.

No. 1399. Brough *v.* Board of Education of Millard County School District et al. Sup. Ct. Utah. Certiorari denied.

No. 1401. Pingatore et vir *v.* Montgomery Ward & Co., Inc. C. A. 6th Cir. Certiorari denied.

No. 1404. Tennessee Corp. *v.* Seaboard Coast Line Railroad Co. C. A. 5th Cir. Certiorari denied.

No. 1410. Moultrie Manufacturing Co. et al. *v.* Tennessee Fabricating Co., dba TFC Co. C. A. 5th Cir. Certiorari denied.

No. 1412. Indiana General Corp. *v.* Krystinel Corp.; and
No. 1423. Krystinel Corp. *v.* Indiana General Corp. C. A. 2d Cir. Certiorari denied. Reported below: 421 F. 2d 1023.